IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARY LEE PETERSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civ. No. 18-704-LPS |
| | : |
| RVPLUS INC., CHRISTOPHER MICHAEL | : |
| DAY, and AMERICAN REGISTRAR & | : |
| TRANSFER COMPANY, | : |
| | : |
| Defendants. | : |

## MEMORANDUM ORDER

At Wilmington, this 30th day of September, 2020:

On May 14, 2018, the Court stayed and administratively closed this matter pending resolution of Peterson's criminal matter, *United States v. Peterson*, Crim. No. 3:16-230-AET (D.N.J.). (D.I. 8) In staying and administratively closing the matter, the Court noted overlap between this civil matter and Peterson's criminal matter.

Peterson was advised that he may file a motion to reopen his case "if and when [his] criminal charges are dismissed or resolved." (*Id.* at 2) Peterson did not do this. Instead, on February 12, 2020, he filed "a certification of affidavit for (expedited) ex parte motion to renew and amend verified complaint, request for reconsideration memorandum order, and extraordinary relief on administrative agency action to allow civil action proceedings" and supporting memorandum. (D.I. 27, 28)

The Court notes that although Plaintiff's criminal trial has concluded, he has appealed his conviction and sentence, and the appeal remains pending in the United States Court of Appeals for the Third Circuit, *United States v. Peterson*, No. 19-1093 (3d Cir.).

1.

IT IS HEREBY ORDERED that the Plaintiff's motion (D.I. 27) is DENIED. The case remains STAYED and administratively CLOSED pending resolution of Peterson's criminal appeal.

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE